UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| Erica Patterson a/k/a Erica Perkins, individually and on behalf of all others similarly situated,<br><br>          Plaintiff(s),<br><br>-v.-<br><br>Dignity Collect LLC,<br><br>          Defendant(s). | **Civil Action No:** 5:22-cv-1068 |

## Notice of Settlement

**NOTICE IS HEREBY GIVEN** that the above-captioned matter has been settled as to Defendant Dignity Collect, LLC. Plaintiff and Dignity Collect, LLC anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a) within sixty (60) days.

Dated: October 20, 2022

Respectfully Submitted,

*/s/ Yaakov Saks*
Yaakov Saks
**Stein Saks, PLLC**
One University Plaza, Suite 620
Hackensack, NJ 07601
Tel. 201-282-6500
Fax 201-282-6501
ysaks@steinsakslegal.com
*Attorneys for Plaintiff*