UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| Erica Patterson a/k/a Erica Perkins, individually and on behalf of all others similarly situated,<br><br>       Plaintiff(s),<br><br>-v.-<br><br>Dignity Collect LLC,<br><br>       Defendant(s). | **Civil Action No:** 5:22-cv-1068 |

## NOTICE OF VOLUNTARY DISMISSAL

IT IS HEREBY AGREED TO by the Plaintiff and Plaintiff's attorney, and the Defendant that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action specifically with regard to the Defendant shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that a dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Dated: November 2, 2022                Respectfully Submitted,

                               */s/Yaakov Saks*
                               Yaakov Saks, Esq.
                               **Stein Saks, PLLC**
                               One University Plaza
                               Hackensack, NJ 07601
                               Ysaks@steinsakslegal.com
                               Tel. 201-282-6500
                               Fax 201-282-6501
                               *Attorneys for Plaintiff*

## **Certificate of Service**

      I hereby certify that on this date, I electronically filed this Notice of Voluntary Dismissal using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record. I also emailed this Notice to all parties who have not made an appearance in this case.

This 2nd day of November, 2022          Respectfully Submitted,

                                                    */s/ Yaakov Saks*
                                                    Yaakov Saks